UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
:
CREDIT SUISSE AG, LAURA WARNER,                          :
                                                        :
                                  Plaintiffs,           :
                                                        :                    21-cv-951 (LJL)
                        -v-                              :
                                                        :                    ORDER
COLLEEN A. GRAHAM,                                       :
                                                        :
                                  Defendant.            :
                                                        :
----------------------------------------------------------------------X

```
┌────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #:_____               │
│ DATE FILED:__9/26/2022___           │
└────────────────────────────────────┘
```

LEWIS J. LIMAN, United States District Judge:

By Opinion and Order dated April 7, 2021, the Court granted a motion to compel arbitration in this case.  Dkt. No. 30.  The case remains open, but there has been nothing filed on the docket since that date.

It is hereby ORDERED that the parties shall file a joint letter updating the parties on the status of the arbitration by October 11, 2022 and every ninety days thereafter.

SO ORDERED.

Dated: September 26, 2022
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge