```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CREDIT SUISSE AG and LAURA WARNER,,                                :
                                                                   :
                                                                   :
                       Petitioners,                                :
                                                                   :       21-cv-951 (LJL)
        -v-                                                        :
                                                                   :          ORDER
COLLEEN A. GRAHAM,                                                 :
                                                                   :
                       Respondent.                                 :
                                                                   :
-------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2023
```

LEWIS J. LIMAN, United States District Judge:

     By Order dated September 26, 2022, the Court direct the parties to file a joint letter updating the Court on the status of the arbitration by October 11, 2022 and every ninety days thereafter. The parties filed a joint status report on October 4, 2022 but did not file a status report ninety days thereafter. The parties are ORDERED to file a status report by Friday, February 10, 2023, and every ninety days thereafter.

     SO ORDERED.

Dated: February 7, 2023  
       New York, New York

                                                        LEWIS J. LIMAN  
                                                 United States District Judge